David P. Myers (SBN 206137)
dmyers@myerslawgroup.com
Jason Hatcher (SBN 285481)
jhatcher@myerslawgroup.com
Andriana N. Bravo (SBN 349191)
abravo@myerslawgroup.com
**THE MYERS LAW GROUP, A.P.C.**
9327 Fairway View Place, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 919-2027
Facsimile: (888) 375-2102

Attorneys for Plaintiff Brandon Madison,
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MADISON, on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>ECMD, INC., a North Carolina Corporation; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-07887-MWC-MAA<br><br>CLASS ACTION<br>*Assigned to Hon. Michelle Williams*<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA ACTION SETTLEMENT**<br><br>Date: May 16, 2025<br>Time: 1:30 P.M.<br>Courtroom: 6A<br><br>Removed: September 12, 2024<br>Complaint Filed: July 12, 2024<br>FAC Filed: October 30, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 16, 2025 at 1:30 p.m. in Courtroom 6A of the United States District Court for the Central District of California located at the First Street Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, Plaintiff Brandon Madison ("Plaintiff") will and hereby does move for an order granting preliminary approval for the class action and Private Attorneys General Act ("PAGA") settlement, including conditional class certification for settlement purposes. Good cause exists for the granting of this Motion in that the proposed settlement is fair, reasonable, and adequate.

The Motion will be based on this Notice of Motion, the Declaration of Brandon Madison; Declaration of Jason Hatcher; and the Memorandum of Points and Authorities, Request for Judicial Notice filed concurrently herewith; and on such oral and documentary evidence as may be presented before or at the hearing of the Motion. This motion is made pursuant to Local Rule 7-3.

Date: 4/10/2025

Respectfully submitted,

**THE MYERS LAW GROUP, A.P.C.**

By: /s/Jason Hatcher
David P. Myers,
Jason Hatcher,
Andriana N. Bravo
Attorneys for Plaintiff and all others similarly situated