David P. Myers (SBN 206137)
dmyers@myerslawgroup.com
Jason Hatcher (SBN 285481)
jhatcher@myerslawgroup.com
Andriana N. Bravo (SBN 349191)
abravo@myerslawgroup.com
**THE MYERS LAW GROUP, A.P.C.**
9327 Fairway View Place, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 919-2027
Facsimile: (888) 375-2102

Attorneys for Plaintiff Brandon Madison, and all others similarly situated

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MADISON, on behalf of himself and all others similarly situated<br><br>PLAINTIFF,<br><br>v.<br><br>ECMD, INC., a North Carolina Corporation; and DOES 1 through 100, inclusive<br><br>DEFENDANTS. | Case No.: 2:24-CV-07887-MWC-MAA<br><br>CLASS ACTION<br>*Assigned to Hon. Michelle Williams*<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA ACTION SETTLEMENT AND FOR CLASS COUNSEL FEES, COST REIMBURSEMENT, SERVICE PAYMENT, ADMINISTRATION COSTS**<br><br>Date:    October 3, 2025<br>Time:    1:30 P.M.<br>Courtroom: 6A<br><br>Removed: September 12, 2024<br>Complaint Filed: July 12, 2024<br>FAC Filed: October 30, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  PLEASE TAKE NOTICE that on October 3, 2025 at 1:30 p.m. in Courtroom 6A of the United States District Court for the Central District of California located at the First Street Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, Plaintiff Brandon Madison ("Plaintiff") will and hereby does move for Order Granting Final Approval of the Class Action and Private Attorneys General Act ("PAGA") Action Settlement and Granting an award of attorney's fees, litigation expense reimbursement, representative service payment, settlement administration payment to the third party administrator and for Entry of Judgment. Good cause exists for the Granting of the Motion for Final Approval of Class Action and PAGA Action Settlement and for Class Counsel Fees, Cost Reimbursement, Service Payment, and Administration Costs as the same are fair, reasonable, and adequate.

  The Motion will be based on this Notice of Motion, the Declaration of Brandon Madison; Declaration of Jason Hatcher; Declaration of Nathalie Beltran (Third Party Administrator Agent); and the Memorandum of Points and Authorities, filed concurrently herewith; and on such oral and documentary evidence as may be presented before or at the hearing of the Motion. This motion is made pursuant to Local Rule 7-3.

Date: 8/29/2025      **THE MYERS LAW GROUP, A.P.C.**

           By: /s/Jason Hatcher
             David P. Myers,
             Jason Hatcher,
             Andriana N. Bravo
             Attorneys for Plaintiff and all others
             similarly situated